# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAN PERRY

VERSUS

ANPAC LOUISIANA INSURANCE
COMPANY

NO.  2022 CW 0468

**JULY 18, 2022**

---

In Re:    Anpac  Louisiana  Insurance  Company,  applying  for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 704673.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of the hearing minutes in violation of the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10). This court also requires a copy of the transcript in this matter.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 18, 2022 and must contain a copy of this ruling.

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

a.S~ʋ

---
DEPUTY CLERK OF COURT
     FOR THE COURT